Natu J. Patel, SBN: 188618
**THE PATEL LAW FIRM, P.C.**
22952 Mill Creek Drive
Laguna Hills, California 92653
Phone:        949.955.1077
Facsimile:    949.955.1877
NPatel@thePatelLawFirm.com

Attorneys for Plaintiff, STARBUZZ TOBACCO, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>CYRIL USA, LLC, a Florida limited liability company; HOOKAH PARTNER LLC, a Florida limited liability company; and ANTONIO ARBOLEYA, aka ANTONIO ARBOLEYA RODRIGUEZ, aka ANTONIO ARBOLEDA, an individual.<br><br>        Defendants. | Case No.: 8:23−cv−01022−KK−DFMx<br>**Honorable Kenly Kiya Kato**<br><br>**STIPULATED PERMANENT INJUNCTION** |

## STIPULATED PERMANENT INJUNCTION

This matter, having come before the Court upon the stipulation of the parties, the parties having agreed to the entry of this permanent injunction as a condition of the settlement agreement for the dismissal of this case, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants Cyril USA, LLC ("Cyril"), a Florida limited liability company, Hookah Partner LLC, ("Hookah Partner"), a Florida limited liability company, and Antonio Arboleya, aka Antonio Arboleya Rodriguez, aka Antonio Arboleda ("Arboleya") (collectively, "Defendants") and their owners, members, managers, officers, directors, agents, representatives, principals, affiliates, parents, subsidiaries, assigns, and successors in interest, and anyone acting under their control, are hereby permanently and forever enjoined from directly or indirectly, engaging in the following:

  A. Manufacturing, importing, advertising, promoting, displaying, distributing, selling, and/or offering for sale any products or services bearing a MIST logo in connection with the sale of any hookah, hookah accessories, hookah tobacco or tobacco related products or services including, but not limited to, tobacco, pipe tobacco, molasses tobacco, flavored tobacco, cigars, cigarillos, tobacco substitutes, e-cigarettes, vaporizers, electronic cigarette liquid (e-liquid), cartridges filled with propylene glycol or vegetable glycerin for electronic cigarettes, charcoal, any accessories or devices used to consume, ingest, or inhale said products, and hookah lounges ("Hookah and Tobacco Products/ Services");

  B. Using, registering, or attempting to register any trademarks or tradenames consisting of "MIST" (in whole or in part) and/or MYST (in whole or

in part) in connection with the sale, manufacture, distribution, or advertisement of any Hookah and Tobacco Products/ Services; and

      C.    Assisting, aiding, or abetting any other person or business entity in engaging in or performing, or inducing any other person or business entity to engage or perform, any of the activities referred to hereinabove.

      **IT IS FURTHER ORDERED** that violations of this Injunction shall subject Defendants and all other persons bound by this Injunction to all applicable penalties, including contempt of Court.

      **IT IS FURTHER ORDERED** that this Injunction shall be deemed to have been served upon the Defendants and each of them at the time of its execution by the Court.

      **IT IS FURTHER ORDERED** that the Injunction shall become effective as of the date of entry of this Injunction by the Court.

///

///

///

///

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

    **IT IS SO ORDERED.**

DATED: December 14, 2023

**Honorable Kenly Kiya Kato**
United States District Judge

**WE STIPULATE AND AGREE TO THE FORM AND ENTRY OF THIS ORDER:**

/s/ Natu J. Patel
**The Patel Law Firm, P.C.**
Natu J. Patel
22952 Mill Creek Drive
Laguna Hills, CA 92653
Office: 949.955.1077
*Attorney for Plaintiff, Starbuzz Tobacco, Inc.*

/s/ Robert H. Thornburg
**Allen, Dyer, Doppelt + Gilchrist, PA**
Robert Thornburg
1221 Brickell Avenue, Suite 2400
Miami, FL 33131
Office: 305.374.8303
*Attorney for Defendants, Cyril USA, LLC, Hookah Partner LLC and Antonio Arboleya.*