Natu J. Patel, SBN: 188618
**THE PATEL LAW FIRM, P.C.**
22952 Mill Creek Drive
Laguna Hills, California 92653
Phone:       949.955.1077
Facsimile:   949.955.1877
NPatel@thePatelLawFirm.com

Attorneys for Plaintiff, STARBUZZ TOBACCO, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CYRIL USA, LLC, a Florida limited liability company; HOOKAH PARTNER LLC, a Florida limited liability company; and ANTONIO ARBOLEYA, aka ANTONIO ARBOLEYA RODRIGUEZ, aka ANTONIO ARBOLEDA, an individual. <br><br> Defendants. | Case No.: 8:23-cv-01022-KK-DFMx <br> **Honorable Kenly Kiya Kato** <br><br><br> **ORDER OF DISMISSAL** |

-1-

Order of Dismissal

The Court, having considered the Joint Request for Dismissal of Action stipulated to and submitted by Plaintiff Starbuzz Tobacco, Inc. and Defendants Cyril USA, LLC, Hookah Partner LLC, and Antonio Arboleya, and with good cause appearing,

**IT IS HEREBY ORDERED** that the entire action is dismissed with prejudice, with all parties to bear their own costs, interest, and attorneys' fees in this matter.  The Court retains jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of the settlement agreement and permanent injunction in this action.

**IT IS SO ORDERED**.

DATED: December 21, 2023

_____
Honorable Kenly Kiya Kato
United States District Court Judge